306 June 11, 2025 No. 541

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

IVAN CORTES-RUEDA,
*Defendant-Appellant.*

Marion County Circuit Court
22CR29575, 23CR00340; A182680 (Control), A182681

Tracy A. Prall, Judge.

Submitted May 13, 2025.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kyle Krohn, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Dan Rayfield, Attorney General, Benjamin Gutman, Solicitor General, and Elise Josephson, Assistant Attorney General, filed the brief for respondent.

Before Shorr, Presiding Judge, Powers, Judge, and Pagán, Judge.

PER CURIAM

Affirmed. *State v. Neill*, 324 Or App 608, 526 P3d 1221, *rev den*, 371 Or 477 (2023).